Aaron D. Shipley (NSBN 8258)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ashipley@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendant Capital One Auto Finance,
A Division of Capital One, N.A., erroneously sued as
"Capital One Auto Finance, Inc."*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DEXTER MCCASTLE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CLARITY SERVICES, INC.; CAPITAL ONE AUTO FINANCE, INC.,<br><br>　　　　　　　Defendants. | CASE NO.:　　2:25-CV-00330-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Pursuant to Local Rules 6-1 and 6-2, Plaintiff Dexter McCastle ("Plaintiff") and Defendant Capital One Auto Finance, A Division of Capital One, N.A., erroneously sued as "Capital One Auto Finance, Inc." ("Capital One" and together with Plaintiff, the "Parties") stipulate and agree as follows:

**WHEREAS:**

　　　　1.　　On or about February 25, 2025, Capital One was served with the Summons and Complaint for the above-referenced matter;

　　　　2.　　On March 12, 2025, counsel for Capital One reached out to Plaintiff's counsel to request that the parties agree to extend Capital One's deadline to file a responsive pleading while it continues to gather further information regarding Plaintiff's claims;

　　　　3.　　On March 14, 2025, the Parties agreed that good cause exists to extend Capital

4917-2330-0393.1

1  One's responsive pleading deadline to allow Capital One to gather information and for the parties
2  to devote resources to exploring the potential for early resolution of this matter;

3  4. The Parties agree to extend the deadline for Capital One to file its responsive
4  pleading to the Complaint to April 1, 2025;

5  5. This stipulation is made in good faith and not for the purpose of delay; and

6  6. This is the first stipulated request to extend Capital One's responsive pleading
7  deadline.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One's time to file a responsive pleading to Plaintiff's Complaint is extended. Capital One shall file its responsive pleading on or before April 1, 2025.

DATED this 14th day of March, 2025.     DATED this 14th day of March, 2025.

McDONALD CARANO LLP                      FREEDOM LAW FIRM, LLC

By: */s/ Karyna M. Armstrong*            By: */s/ Gerardo Avalos*
Aaron D. Shipley (NSBN 8258)             George Haines (NSBN 9411)
Karyna M. Armstrong (NSBN 16044)         Gerardo Avalos (NSBN 15171)
2300 West Sahara Avenue, Suite 1200      8985 South Eastern Ave., Ste. 100
Las Vegas, Nevada 89102                  Las Vegas, NV 89123

*Attorneys for Defendant Capital One Auto Finance, A Division of Capital One, N.A., erroneously sued as "Capital One Auto Finance, Inc."*     *Attorneys for Plaintiff Dexter McCastle*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 17, 2025