Aaron D. Shipley (NSBN 8258)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ashipley@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendant Capital One Auto Finance,
A Division of Capital One, N.A., erroneously sued as
"Capital One Auto Finance, Inc."*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEXTER MCCASTLE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CLARITY SERVICES, INC.; CAPITAL ONE AUTO FINANCE, INC.,<br><br>　　　　　　Defendants. | CASE NO.:   2:25-CV-00330-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff Dexter McCastle ("Plaintiff") and Defendant Capital One Auto Finance, A Division of Capital One, N.A., erroneously sued as "Capital One Auto Finance, Inc." ("Capital One" and together with Plaintiff, the "Parties") stipulate and agree as follows:

**WHEREAS:**

1. On or about February 25, 2025, Capital One was served with the Summons and Complaint for the above-referenced matter;

2. On March 12, 2025, counsel for Capital One reached out to Plaintiff's counsel to request that the parties agree to extend Capital One's deadline to file a responsive pleading while it continues to gather further information regarding Plaintiff's claims;

3. On March 14, 2025, the Parties agreed to extend the deadline for Capital One to

file its responsive pleading to the Complaint to April 1, 2025;

4. The Court entered its Order granting the parties' stipulation and order on March 17, 2025;

5. On March 24, 2025, the Parties again agreed that good cause exists to extend Capital One's responsive pleading deadline to allow the parties to explore early resolution of this matter;

6. The parties agree to extend the deadline for Capital One to file its responsive pleading to the Complaint from April 1, 2025 to April 15, 2025

7. This stipulation is made in good faith and not for the purpose of delay; and

8. This is the second stipulated request to extend Capital One's responsive pleading deadline.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One's time to file a responsive pleading to Plaintiff's Complaint is extended. Capital One shall file its responsive pleading on or before April 15, 2025.

DATED this 25th day of March, 2025.

DATED this 25th day of March, 2025.

McDONALD CARANO LLP

FREEDOM LAW FIRM, LLC

By: */s/ Karyna M. Armstrong*
    Aaron D. Shipley (NSBN 8258)
    Karyna M. Armstrong (NSBN 16044)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

By: */s/ Gerardo Avalos*
    George Haines (NSBN 9411)
    Gerardo Avalos (NSBN 15171)
    8985 South Eastern Ave., Ste. 100
    Las Vegas, NV 89123

*Attorneys for Defendant Capital One Auto Finance, A Division of Capital One, N.A., erroneously sued as "Capital One Auto Finance, Inc."*

*Attorneys for Plaintiff Dexter McCastle*

**IT IS SO ORDERED**

**DATED:** 12:11 pm, March 27, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**